708 A.2d 805

**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION (Trooper Rodney Smith), Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 1998, the Petition for Allowance of Appeal is GRANTED. The Motion to Consolidate this Petition for Allowance of Appeal with *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Trooper Robert K. Johnson)*, 550 Pa. 667, 708 A.2d 805 (1998) is also GRANTED.